TUCKER ELLIS & WEST LLP
Cleveland • Columbus • Los Angeles • San Francisco

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ELIZABETH VIGEANT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ACTAVIS TOTOWA LLC, et al.,<br><br>　　　　Defendants. | Case No. EDCV 10-01991-AHM (FFMx)<br>Assigned to Honorable A. Howard Matz<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE**<br><br>*Complaint Filed: November 10, 2010* |

Based upon the parties' Stipulation of Dismissal Without Prejudice and for good cause appearing, this action is hereby dismissed without prejudice. It is further ordered that, should Plaintiff re-file this case, the applicable statute of limitations will relate back to November 10, 2010, the date of filing in this action.

IT IS SO ORDERED.

**JS-6**

DATED: June 02, 2011

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Honorable A. Howard Matz
　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge

1
ORDER OF DISMISSAL

073021.001345\716854.1